DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KIRBY LAVALLEE,

Appellant,

v.

CHAD CHRONISTER, AS SHERIFF OF HILLSBOROUGH COUNTY,
FLORIDA,

Appellee.

No. 2D2023-1852
_____

June 28, 2024

Appeal from the Circuit Court for Hillsborough County; Melissa M. Polo,
Judge.

Ashley N. Richardson and Marie A. Mattox of Marie A. Mattox, P.A.,
Tallahassee, for Appellant.

Christopher M. Bentley of Johnson Jackson PLLC, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

KELLY, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.